# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 21-02909-HB |
| | Chapter 7 |
| The Muffin Mam, Inc., | **ORDER** |
| Debtor(s). | |

**THIS MATTER** comes before the Court pursuant to the motion to conduct Bankruptcy Rule 2004 examination of Todd Littleton. Having considered the motion, the Court finds that relief should be granted as indicated herein.

**IT IS THEREFORE ORDERED** that the motion is granted and Todd Littleton is required to submit to an examination before the Trustee, John K. Fort pursuant to Bankruptcy Rule 2004, as described in the motion, at a consensual date and time, at Smith Hudson Law, 200 North Main Street, Suite 301, Greenville, South Carolina 29601. Further, Trustee, John K. Fort is authorized pursuant to Bankruptcy Rule 2004(c) to compel Todd Littleton to appear by subpoena.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**10/11/2022**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 10/11/2022

United States Bankruptcy Court

District of South Carolina

In re:  Case No. 21-02909-hb

The Muffin Mam, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-7     User: admin     Page 1 of 2

Date Rcvd: Oct 11, 2022     Form ID: pdf01     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Muffin Mam, Inc., 830 Hunter Industrial Park Road, Laurens, SC 29360-5203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Brian Wheeler | on behalf of Creditor Pinnacle Bank davidwheeler@mvalaw.com |
| Donna Faye Shetley | on behalf of Creditor Blue Azalea LLC dshetley@jshwlaw.com, tjrickman@jshwlaw.com |
| Ianko Gueorguiev Mouratev | on behalf of Creditor Sulzer Chemtech USA Inc. d/b/a FRC Systems International, f/k/a JWC Environmental Inc. yanimouratev@callisontighe.com |
| John K Fort | trustee863@gmail.com SC01@ecfcbis.com |
| Joshua J Hudson | on behalf of Trustee John K Fort jhudson@smithhudsonlaw.com astrother@smithhudsonlaw.com |
| Mason A. Goldsmith, Jr. | |

Case 21-02909-hb    Doc 77    Filed 10/13/22    Entered 10/14/22 00:23:29    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0420-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 11, 2022 | Form ID: pdf01 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Lanford Welding & Mechanical Inc. d/b/a Lanford Industrial Services Company agoldsmith@elmoregoldsmith.com, mharper@elmoregoldsmith.com;kspooner@elmoregoldsmith.com |
| Michael H. Weaver | |
| | on behalf of Creditor CSC Leasing Company michael.weaver@rogerstownsend.com |
| Murray Stokely Holder | |
| | on behalf of Creditor Garrett & Garrett Warehouses LLC and Garrett Warehousing Co. LLC sholder@hplplaw.com cmartin@hplplaw.com;rbussey@hplplaw.com;cdenney@hplplaw.com;hdawson@hplplaw.com;jnelson@hplplaw.com |
| Reid E Dyer | |
| | on behalf of Creditor Pinnacle Bank reiddyer@mvalaw.com |
| Richard C. Detwiler | |
| | on behalf of Creditor Sulzer Chemtech USA Inc. d/b/a FRC Systems International, f/k/a JWC Environmental Inc. rickdetwiler@callisontighe.com |
| Richard R. Gleissner | |
| | on behalf of Creditor Creative Bakery Solutions LLC rick@gleissnerlaw.com, anissa@gleissnerlaw.com |
| Robert A. Pohl | |
| | on behalf of Creditor Hardman Distribution Corporation robert@pohlpa.com hannah@pohlpa.com;pohl.robertr67001@notify.bestcase.com |
| Robert C. Byrd | |
| | on behalf of Creditor U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance bobbybyrd@parkerpoe.com, michellehewitt@parkerpoe.com |
| US Trustee's Office | |
| | USTPRegion04.CO.ECF@usdoj.gov |
| William Harrison Penn | |
| | on behalf of Debtor The Muffin Mam Inc. hpenn@mccarthy-lawfirm.com, sstancil@mccarthy-lawfirm.com |

TOTAL: 15